# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-CV-0860-RBJ-KMT

**GREAT NORTHERN INSURANCE COMPANY**, an Indiana corporation,

    Plaintiff,

v.

**JS & M MECHANICAL, INC.**, a Colorado corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' *Stipulated Motion to Dismiss Complaint with Prejudice*, and the Court being fully advised in the premises, hereby GRANTS said Motion and ORDERS that this matter is dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this __4th__ day of April 2016.

                              BY THE COURT:

                              */s/ Brooke Jackson*
                              Honorable R. Brooke Jackson
                              U.S. District Court Judge